**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **EULA MAE BROWN, as Executrix of the Estate of Mack Brown,** : : : : : **Plaintiff,** : : v. : **Case No.** : **7:03-CV-132 (HL)** : **LIFE INSURANCE** : **COMPANY OF NORTH** : **AMERICA,** : : **Defendant.** : | |

# O R D E R

The parties have filed with this Court a Stipulation of Dismissal with Prejudice (Doc. 39). The Court is not sure whether the parties directed their Stipulation to it or to the Eleventh Circuit. Under Federal Rule of Appellate Procedure 41(a), "Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal on the filing of a stipulation signed by all parties or on the appellant's motion with notice to all parties." Fed. R. App. P. 41(a).

Consequently, if the Stipulation was directed to this Court, it is without jurisdiction to dismiss the case as requested because this case has already been docketed in with the Eleventh Circuit. Fed. R. App. P. 42(a)-(b); Lott v. United States, 218 F.2d 675, 676 (5th Cir. 1955).[1] Therefore, if the parties have not

---

[1] The United States Court of Appeals for the Eleventh Circuit has adopted the case law of the former Fifth Circuit handed down as of September 30, 1981, as its governing body of precedent. Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). This body of precedent is binding unless and until overruled by the

-2-

already done so, they must direct their request to the Eleventh Circuit.

**SO ORDERED**, this the 14th day of July, 2005.

                         /s/ Hugh Lawson
                         **HUGH LAWSON, Judge**

jmb

---

Eleventh Circuit en banc. Id.